1  BETTY HERRERA (242189)
2
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
6  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
7
8  Attorney for Plaintiff
9
10 /jgl
11
12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15

16 | ROBERT N. VALENZUELA,        ) Civil No. C08-4001 WHA
17 |                              )
   |        Plaintiff,            )
18 |                              )
19 | v.                           ) STIPULATION AND ORDER
   |                              )
20 | MICHAEL J. ASTRUE,           )
   | Commissioner,                )
21 | Social Security Administration, )
   |                              )
22 |        Defendant.            )
23 |_____)

24     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
25 Plaintiff shall have an extension of time ~~of (60) days~~ up through and including ~~Monday~~, Tuesday, February 17
26 ~~March 16~~, 2009 in which to e-file his Motion for Summary Judgment. This extension is
27 necessitated by the number of other cases (9) Plaintiff's counsel currently has before this
28

                                      1
   STIPULATION AND ORDER

district court, other district courts, and the Ninth Circuit Court of Appeals (2) that also require briefing around this time. Because of this large number of cases that require briefing, Plaintiff's counsel will be preparing one (1) brief per week between now and the end of March.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 14, 2009

/s/
JAIME PRECIADO
Special Assistant U.S. Attorney

Dated: January 14, 2009

/s/
BETTY HERRERA
Attorney for Plaintiff
ROBERT N. VALENZUELA

IT IS SO ORDERED.

Dated: January 20, 2009

HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ORDER

2